IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **REINA ARMENDARIZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 1:24-cv-211 |
| | § | |
| **COZI GROUP, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiff, Reina Armendariz certifies that the following persons or entities have a financial interest

in the outcome of this litigation:

Reina Armendariz
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

       Respectfully submitted,

       /s/  Douglas B. Welmaker
       Douglas B. Welmaker
       Attorney-in-Charge
       State Bar No. 00788641
       Welmaker Law, PLLC
       409 N. Fredonia, Suite 118
       Longview, Texas 75601
       Phone: (512) 799-2048
       Email: doug@welmakerlaw.com

       **ATTORNEY FOR PLAINTIFF**