UNITED STATES DISTRICT COURT
for the Western District of Texas
Austin Division

| | | | |
|---|---|---|---|
| Reina Armendariz, | Plaintiff | § | Civil Action No. 1:24-cv-211-DH |
| vs. | | § | |
| Cozi Group, Inc., | Defendant | § | **ATTEMPTED SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2025. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on the 12th day of March, 2024, at 9:41 a.m. Summons in a Civil Action and Plaintiff's Original Complaint for service on Defendant.

According to the Texas Secretary of State, Defendant's registered agent is Stephen Pasta and the registered office street address is 800 Rio Grande St., Austin, Texas 78701.

**NOT EXECUTED** for the following reasons:

On March 12, 2024, at 1:40 p.m., I attempted service by delivery in person to Defendant's registered agent at the registered office street address where I was told the registered agent used to be there but left three years ago.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Attempted Service Affidavit and Statement of Service Fees is true and correct."

Printed Name:  Tod E. Pendergrass

Service Fee  $ 82.00

_____
Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Tx 78704
Re: Welmaker/3715

**STATE OF TEXAS, COUNTY O TRAVIS**

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 14th day of March 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

_____
NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]