IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REINA ARMENDARIZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:24-cv-211-DII |
| COZI GROUP, INC., | § § § | |
| Defendant. | § § § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Reina Armendariz ("Plaintiff") files this Notice of Dismissal with Prejudice regarding Plaintiff's claims against Defendant Cozi Group, Inc. ("Defendant") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendant has not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal with Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby gives this Notice of Dismissal with Prejudice and without the requirement of a Court Order.

        Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
WELMAKER LAW PLLC
409 N. Fredonia Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Dismissal With Prejudice has been electronically served through the CM/ECF system on June 25, 2024.

        /s/ Douglas B. Welmaker
        Douglas B. Welmaker